IRELL & MANELLA LLP
Layn R. Phillips (103854)
lphillips@irell.com
Andra Barmash Greene (123931)
agreene@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
KFC USA, INC., KFC U.S. PROPERTIES, INC., and KFC CORPORATION

LAW OFFICES OF PETER M. HART
Peter M. Hart (198691)
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Attorneys for Plaintiffs
LISA HARRISON and NOE RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA HARRISON, NOE RIVERA, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KFC USA, INC.; KFC U.S. PROPERTIES, INC.; KFC CORPORATION; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:10-cv-04465 EMC<br>Magistrate Judge Edward M. Chen<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2326534.2

JOINT STIPULATION TO TRANSFER VENUE
3:10-cv-04465 EMC

1   WHEREAS, on August 18, 2010, plaintiffs Lisa Harrison and Noe Rivera ("Plaintiffs"), through their counsel of record, filed their Complaint for Damages and Equitable Relief (the "Complaint") in San Francisco Superior Court against defendants KFC USA, INC., KFC U.S. Properties, Inc., and KFC Corporation (collectively, "Defendants"); and

WHEREAS, Defendants removed the Complaint to the United States District Court for the Northern District of California on October 4, 2010;

WHEREAS, Defendants do not reside in the counties that comprise the Northern District of California; and

WHEREAS, on October 6, 2010, Defendants filed a motion to transfer venue to the Central District of California and to dismiss Plaintiff's third cause of action pursuant to 28 U.S.C. § 1404(a) and Federal Rule of Civil Procedure 12(b)(6); and

WHEREAS, on October 20, 2010, Plaintiffs filed a statement of non-opposition to the motion to transfer venue and filed an opposition to the motion to dismiss;

Plaintiffs and Defendants, through their undersigned counsel of record, HEREBY STIPULATE AND AGREE that the above-referenced action be transferred from the Northern District of California to the Central District of California. Defendants' motion to dismiss shall be heard by the judge assigned to this case in the Central District of California.

Dated: October 26, 2010                IRELL & MANELLA LLP

                                       By: /s/ Andra Barmash Greene
                                           Andra Barmash Greene
                                           Attorneys for Defendants
                                           KFC USA, INC., KFC U.S. PROPERTIES,
                                           INC., and KFC CORPORATION

Dated: October 26, 2010                LAW OFFICES OF PETER M. HART

                                       By: /s/ Peter M. Hart
                                           Peter M. Hart
                                           Attorneys for Plaintiffs
                                           LISA HARRISON and NOE RIVERA

IT IS SO ORDERED THAT this case is transferred to Central District of California and that the Clerk of the Court shall close this matter.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED MODIFIED
Judge Edward M. Chen

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2326534.2

- 1 -

JOINT STIPULATION TO TRANSFER VENUE
3:10-cv-04465 EMC